IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RAUL RIVERA ALGARIN, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>TRIPLE S VIDA, INC., et al.,<br><br>  Defendants. | CIVIL NO. 21-1189 (CVR) |

## JUDGMENT

Pursuant to Plaintiffs' "Motion for Voluntary Dismissal with Prejudice" (Docket No. 51) and the Court's Order of this same date (Docket No. 52), the Court hereby ENTERS JUDGMENT, and DISMISSES WITH PREJUDICE all claims brought against Defendant Triple S Vida, Inc. in the present case, without the imposition of costs or attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 18th day of May, 2022.

                                              S/CAMILLE L. VELEZ-RIVE
                                              CAMILLE L. VELEZ RIVE
                                              UNITED STATES MAGISTRATE JUDGE